UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 1:16-cr-0002-JMS-TAB |
| BRYAN HOWARD, | ) ) | - 11 |
| Defendant. | ) ) | |

**REPORT AND RECOMMENDATION**

On August 29, 2024, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on August 5, 2024. Defendant Howard appeared in person with his appointed counsel Sam Ansell. The government appeared by Michelle Brady, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Justin Meier.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Howard of his rights and provided him with a copy of the petition. Defendant Howard orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Howard admitted violation numbers 1, and 3. [Docket No. 1032.] Government orally moved to withdraw the remaining violations, which motion was granted by the Court; violations 2, and 4 are dismissed.

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall participate in a mental health treatment program, as approved by the probation officer, and abide by the rules and regulations of that program.  The probation officer, in consultation with the treatment provider, shall supervise participation in the program (provider, location, modality, duration, intensity, etc.).  You shall take all mental health medications that are prescribed by your treating physician.  The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer."** |
| | As previously reported to the Court, Mr. Howard was discharged from Cummins Behavioral Health Systems, Inc. on February 15, 2024, due to lack of participation. |
| | Mr. Howard re-enrolled in counseling, and completed a mental health assessment at Cummins Behavioral Health Systems, Inc. on May 30, 2024. He was recommended for individual therapy at the frequency of weekly sessions, and a psychiatric assessment. He has failed to attend sessions as directed, and essentially has not actively participated is therapy since February 2024. |
| 3 | **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner.  You shall follow the prescription instructions regarding frequency and dosage."** |
| | As previously reported to the Court, Mr. Howard has submitted positive drug screens for cannabinoids on August 23, 2023, March 15, 2024, and April 30, 2024.  A drug screen was collected on July 15, 2024, and presumptively tested positive for marijuana. The results on this drug screen are pending confirmation at the national laboratory. |

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade C violation.

   (b) Defendant's criminal history category is IV.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 6 to 12 months' imprisonment.

2

5.  The parties jointly recommended a sentence of 6 months with no supervised release to follow.

The Magistrate Judge, having considered the relevant factors in 18 U.S.C. § 3553(a), *see* 18 U.S.C. § 3583(e) and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 6 months with no supervised release to follow. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 8/30/2024

*Paul R. Cherry*
Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.