UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 1:16-cr-00002-JMS-TAB |
| BRYAN HOWARD (11), | ) ) ) |
| Defendant. | ) ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Paul R. Cherry's Report and Recommendation dkt [1046] recommending that Bryan Howard's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Cherry's Report and Recommendation dkt [1046]. The Court finds that Mr. Howard committed Violation Numbers 1 and 3 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [1032]. The Court dismisses Violation Numbers 2 and 4 at dkt [1032]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Howard is sentenced to the custody of the Attorney General or his designee for a period of six (6) months and with no supervised release to follow.

Date: 9/3/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system